# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JOSHUA R. SMITH

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:05mj135

WAIVED
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 7 & 13 and FSS 403.413(b) | Unlawful dumping of litter less than 15 pounds | 5/28/05 | 1 |

Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and special assessment has been paid in full.

**Assessment**
$ 5.00

**Fine**
$ 50.00

Date of Imposition of Sentence - 7/20/05

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: July 21, 2005

NORTHERN DIST. FLA.
PENSACOLA, FL

05 JUL 21 PM 4: 13

FILED